# EXHIBIT A

# ПЕЧЕРСЬКИЙ РАЙОННИЙ СУД МІСТА КИЄВА

Справа № 887/76543.46-к

## УХВАЛА
## ІМЕНЕМ УКРАЇНИ

18 червня 2021 року слідчий суддя Печерського районного суду м. Києва Кирилюк І.В., при секретарі І.Б. Дибі, за участю прокурора Ковальова І.І., розглянувши у судовому засіданні в приміщенні суду в м. Києві клопотання прокурора другого відділу процесуального керівництва управління печерського процесуального керівництва у кримінальних провадженнях стосовно наклепу Згідно обґрунтованою заявою GSB Gold Standard Corporate AG, номер торгового реєстру: HRB 161409 (https://www.online-handelsregister.de/handelsregisterauszug/hh/Hamburg/HRB/161409/GSB-Gold-Standard-Banking-Corporation-AG) , окружного суду Гамбурга у Федеративній Республіці Німеччина, з юридичною адресою головного офісу компанії: Grosse Bleichen 35, 20354 Hamburg, Federal Republic of Germany і філією в Україні, адреса: Алли Тарасової, 5, Київ, Україна, 01001, представлена юридичною фірмою: Українська юридична група, д-р Юрій Коваленко LLM, вул. Велика Житомирська, 2, Київ, Україна, 01001.

### ВСТАНОВИВ:

18 червня 2021 року у провадженні слідчого судді Печерського районного суду м. Києва Кирилюк І.В., надійшло клопотання прокурора другого відділу процесуального керівництва управління печерського процесуального керівництва у кримінальних провадженнях. Суд, після детального вивчення та доказової аргументації юристів, що представляють компанію, заявляє наступне: на сайті відео порталу американської компанії YouTube, LLC "опублікований аккаунт - це: https://www.youtube.com/channel/UCazBmw6adX2wXyJlAYgZSrw
B: YouTube - це відеопортал, заснований в 2005 році американською компанією YouTube, LLC, з 2006 року є дочірньою компанією Google LLC, зі штаб-квартирою в Сан-Бруно, штат Каліфорнія.

Далі суд заявляє:
На акаунті: https://www.youtube.com/channel/UCazBmw6adX2wXyJlAYgZSrw навмисний наклеп про продукти та співробітників компанії GSB Gold Standard Banking Corporation AG поширюється третьою особою, що називає себе "Кріс Сондерс", по веб-посиланням: https: // www .youtube.com / channel / UCazBmw6adX2wXyJlAYgZSrw / videos, компанія GSB Gold Standard Banking Corporation AG, має право на судову заборону проти навмисного наклепу.

Суд також заявляє:
Засвідчення голови правління GSB Gold Standard Banking Corporation AG пана Йосипа Хайта про те, що заяви на рахунку: https://www.youtube.com/channel/UCazBmw6adX2wXyJlAYgZSrw особи, яка називає себе вищезгаданим "Крісом Сондерсом", не відповідають дійсності, може бути розглянуто судом.

На рахунку https://www.youtube.com/channel/UCazBmw6adX2wXyJlAYgZSrw, відповідно до перевірки суду, фотографії також сфальсифіковані за допомогою програм редагування зображень, що в значній мірі являє собою юридичну дислокацію на шкоду GSB Gold Standard Banking Corporation AG з філією в Україні для підприємницької діяльності GSB Gold Standard Banking Corporation AG.

Постанова суду:
У зв'язку з вищевикладеним, суд постановляє сьогодні, 18 червня 2021 року:
- Компанія: Відеопортал американської компанії YouTube, 901 Cherry Avenue San Bruno, California, United States of America (USA) - повинен заблокувати аккаунт https://www.youtube.com/channel/UCazBmw6adX2wXyJlAYgZSrw - негайно і без зволікання.

ві наслідки:

суд постановляє, що якщо не відбудеться негайного блокування аккаунта ://www.youtube.com/channel/UCazBmw6adX2wXyJlAYgZSrw відповідальними особами компанії "відеопортал риканської компанії.

ouTube, LLC ", то всі компанії і відповідальні особи, які дозволяють відеопорталі американської компанії YouTube здійснювати трансляцію на сайті youtube.com, повинні заблокувати сайт https://www.youtube.com до тих пір, поки не зникне правова підстава, яке було встановлено в мотивуванні даного рішення.

Перегляд постанови суду:

Суд залишає за собою право переглянути виконання. Якщо відповідальні особи "youtube" відмовляться блокувати аккаунт https://www.youtube.com/channel/UCazBmw6adX2wXyJlAYgZSrw, то всі відповідальні особи компаній, які дозволяють youtube.com транслювати свої сторінки, підлягають переслідуванню за статтею 185-3 Кримінального кодексу України.

У разі відмови від блокування аккаунта https://www.youtube.com/channel/UCazBmw6adX2wXyJlAYgZSrw компанією "youtube", суд вже накаже заблокувати сторінки "youtube.com" всім компаніям і їх відповідальним особам, що дозволяє "youtube.com" здійснювати апстрім.

Це судження про закони:

1: Для безпосередньої правового захисту дане виробництво було проведено відповідно до статті 247 Господарського процесуального кодексу України, що стосується справ, що розглядаються в порядку спрощеного виробництва

2: Згідно зі статтею 1511 Кримінального кодексу України, наклеп - це навмисне поширення явно неправдивих відомостей, що принижують честь і гідність іншої особи

3: Стаття 29 Господарського процесуального кодексу, що стосується місця розгляду позовів за вибором позивача і за місцем знаходження його підприємства.

Обґрунтування:

Аккаунт https://www.youtube.com/channel/UCazBmw6adX2wXyJlAYgZSrw навмисно порочить, додаючи фальшиві символи і назви брендів, компанію: GSB Gold Standard Corporate AG, а також відповідальних осіб компанії і робить бездоказові звинувачення без юридично обґрунтованою підгрунтя, це є кримінально караним за статтею 1511 Кримінального кодексу України і карається мінімум одним роком позбавлення волі

## УХВАЛИВ:

Суд ухвалив клопотання прокурора другого відділу процесуального керівництва управління печерського процесуального керівництва у кримінальних провадженнях печерського процесуального керівництва.

Справжнім суд постановляє:

За вищевказаним підставах, встановлених судом, подальше поширення умисної наклепу через відеопортал американської компанії YouTube, аккаунт: https://www.youtube.com/channel/UCazBmw6adX2wXyJlAYgZSrw, має бути припинено.

Даний наказ має юридичну силу з 18 червня 2021 року - 12:00, можливість оскарження відсутня, даний судовий наказ є остаточним на тлі встановлених судом фактів навмисного наклепу.

Наказ і розпорядження:

Компанії та відповідальні особи компаній, які порушують дану постанову суду, після того як їм стало відомо про даній постанові суду, також навмисне караються за статтею 1511 Кримінального кодексу України і будуть переслідуватися відповідно до Угоди про асоціацію між Європейським Союзом і його державами-членами, з одного боку, та Україною, з іншого боку, регульованим документом 22014A0529 (01), а також членством Інтерполу, який діє з 4. При цьому активи таких осіб і компаній підлягають заморожуванню в межах суми 13 598700,00 українських гривень, що відповідає 500 000 доларів США (п'ятсот тисяч доларів США) за станом на 18 червня 2021 року.

ла слідчого судді не може бути оскаржена, набирає законної сили і підлягає безумовному виконанню з моменту лошення.

Іовний текст ухвали буде схвалений і оголошений учасником судового провадження 18 червня 2021 року об J0

Слідчий суддя     З ОРИГІНАЛОМ ЗГІДНО     ПІДПИС     І.В. Кирилюк
Суддя _____ І.В. Кирилюк
Секретар _____ І.Б. Гиб...

Печерський районний суд міста Києва
Кирилюк
*5512*5442451*1*1*



**APOSTILLE * АПОСТИЛЬ**
(Convention de La Haye du 5 octobre 1961
Гаазька Конвенція від 5 жовтня 1961 року)

1. Україна
   Цей офіційний документ
2. підписаний **І.В. Кирилюк**
3. у якості **слідчого судді Печерського районного суду**
4. містить проставлену печатку / штамп
   **Печерського районного суду в місті Києві**

ПІДТВЕРДЖЕНО

5. в м. Києві
6. дата **23.06.2021**
7. ким **радник МЗС ДКС України**
8. За № **10923**
9. Печатка / штамп
10. Підпис **Шевко С.В.**

0 000000 010923

за проставлення апостилю сплачено: 300,00₴

GERMAN TRANSLATION

/Staatswappen der Ukraine/

## BEZIRKSGERICHT PECHERSKYJ IN KYJIW

Fall Nr. 887/76543.46-k

### BESCHLUSS
### IM NAMEN DER UKRAINE

Am 18. Juni 2021 hat der Untersuchungsrichter des Bezirksgerichtes Petcherskyj in Kyjiw Kyryliuk I.V. im Beisein des Schriftführers Dyba I.B., im Beisein des Staatsanwalts Kovaliov I.I. nach der Verhandlung in der Gerichtssitzung im Raum des Gerichtes in Kiew der Klage des Staatsanwalts der zweiten Abteilung der prozessuallen Leitung der Verwaltung der Pecherske prozessuallen Leitung in den Kriminalverfahren in Bezug auf Verleumdung, nach begründetem Antrag der GSB Gold Standard Corporate AG, Handelsregister Nummer: HRB 161409 (https://www.online-handelsregister.de/handelsregisterauszug/hh/Hamburg/HRB/161409/GSB-Gold-Standard-Banking-Corporation-AG), des Amtsgericht Hamburg in der Bundesrepublik Deutschland, mit Sitz als Unternehmenszentrale: Grosse Bleichen 35, 20354 Hamburg, Bundesrepublik Deutschland und Niederlassung in der Ukraine, Adresse: Ally Tarasovoi St, 5, Kyiv, Ukraine, 01001, vertreten durch die Rechtsanwaltsgesellschaft: Ukrainian Legal Group, Dr. Juriy Kovalenko LLM, Velyka-Zhytomyrska-Str., 2, Kyjiw, Ukraine, 01001,

### FESTGESTELLT:

Am 18. Juni 2021 wurde in die Verhandlung der Untersuchungsrichter des Bezirksgerichtes Petcherskyj in Kyjiw Kyryliuk I.V. die Klage des Staatsanwalts der zweiten Abteilung der prozessuallen Leitung der Verwaltung der Pecherske prozessuallen Leitung in den Kriminalverfahren eingegangen, das Gericht stellt nach ausführlicher Prüfung und nachweislicher Begründung durch die das Unternehmen vertretenden Rechtsanwälte folgendes fest:

A: auf der Webseite des Videoportals des US-amerikanischen Unternehmens YouTube, LLC " wird ein Account veröffentlicht – dieser ist:
https://www.youtube.com/channel/UCazBmw6adX2wXyJlAYgZSrw

B: YouTube ist ein 2005 gegründetes Videoportal des US-amerikanischen Unternehmens YouTube, LLC, seit 2006 eine Tochtergesellschaft von Google LLC, mit Sitz im kalifornischen San Bruno.

Weiter stellt das Gericht fest:
Auf dem Account:
https://www.youtube.com/channel/UCazBmw6adX2wXyJlAYgZSrw werden

von einem Dritten, welcher sich „Chris Saunders" nennt, vorsätzliche Verleumdungen über Produkte und Mitarbeiter des Unternehmens GSB Gold Standard Banking Corporation AG unter dem Weblink: https://www.youtube.com/channel/UCazBmw6adX2wXyJIAYgZSrw/videos verbreitet, dem Unternehmen GSB Gold Standard Banking Corporation AG, steht eine Unterlassung dieser vorsätzlichen Verleumdungen zu!

Das Gericht stellt ebenso fest:
Die Versicherung des Vorstandsvorsitzenden der GSB Gold Standard Banking Corporation AG, Herrn Josip Heit, dass die Aussagen auf dem Account: https://www.youtube.com/channel/UCazBmw6adX2wXyJIAYgZSrw durch eine Person welche sich wie vorgenannt „Chris Saunders" nennt, unwahr sind, konnten vom Gericht überprüft werden.
Auf dem Account https://www.youtube.com/channel/UCazBmw6adX2wXyJIAYgZSrw werden nach Prüfung durch das Gericht auch Bilder mithilfe von Bildbearbeitungsprogrammen verfälscht, dies stellt in hohem Maße eine Rechtsversetzung zum Nachteil der GSB Gold Standard Banking Corporation AG mit Niederlassung in der Ukraine für die geschäftlichen Aktivitäten der GSB Gold Standard Banking Corporation AG dar.

Anordnung:
Vor diesem Hintergrund ordnet das Gericht am **heutigen 18. Juni 2021** an:
- Das Unternehmen: Videoportals des US-amerikanischen Unternehmens YouTube, 901 Cherry Avenue San Bruno, California, Vereinigte Staaten von Amerika (USA) - hat den Account https://www.youtube.com/channel/UCazBmw6adX2wXyJIAYgZSrw - sofort und unverzüglich zu sperren!

Rechtsfolge:
Weiterhin und ordnet das Gericht an, sollte keine sofortige Sperre des Account https://www.youtube.com/channel/UCazBmw6adX2wXyJIAYgZSrw durch Verantwortliche des Unternehmens "Videoportals des US-amerikanischen Unternehmens YouTube, LLC " erfolgen, haben alle Unternehmen und Verantwortlichen, welche dem Videoportal des US-amerikanischen Unternehmens YouTube den Up-Stream seiner auf der Webseite youtube.com ermöglichen, die Webseite https://www.youtube.com zu blockieren, bis der Rechtsgrund entfällt, welcher in der Begründung dieses Urteils festgestellt wurde!

Prüfung der Anordnung des Gerichts:
Das Gericht behält sich eine Prüfung der Durchführung vor. Sollten Verantwortliche von „youtube" sich weigern den Account https://www.youtube.com/channel/UCazBmw6adX2wXyJIAYgZSrw zu sperren, machen sich alle Verantwortlichen von Unternehmen, welche youtube.com den Up-Stream seiner Seiten ermöglichen, gemäß Artikel 185-3 des Strafgesetzes der Ukraine strafbar, im Falle der Weigerung der Sperrung

des Accounts
https://www.youtube.com/channel/UCazBmw6adX2wXyJIAYgZSrw durch „youtube" wird durch das Gericht bereits jetzt eine Sperrung der Seiten von „youtube.com" durch alle Up-Stream Verantwotlichen angeordnet!

Dieses Urteil betreffende Gesetze:
1: Zum sofortigen Rechtsschutz wurde dieses Verfahren nach Artikel 247 der Wirtschaftsprozessordnung der Ukraine, betreffend Fälle, die im Schnellverfahren behandelt werden, durchgeführt
2: Gemäß Artikel 1511 des Strafgesetzbuches der Ukraine eine Verleumdung eine vorsätzliche Verbreitung von absichtlich falschen Informationen, die die Ehre und Würde einer anderen Person herabsetzen
3: Artikel 29 der Wirtschaftsprozessordnung, betreffend den Gerichtsstand bei Klagen nach Wahl des Klägers und Dienstsitz des Klägers

Begründung:
Der Account https://www.youtube.com/channel/UCazBmw6adX2wXyJIAYgZSrw verleumdet in vorsätzlicher Weise, unter Hinzufügung von gefälschten Symbolen und Markennamen, das Unternehmen: GSB Gold Standard Corporate AG sowie verantwortliche Personen des Unternehmens und stellt unbewiesene Behauptungen ohne juristische verwertbare Hintergründe auf, dies ist gemäß Artikel 1511 des Strafgesetzbuches der Ukraine strafbar und wird mit mindestens ein Jahr Gefängnis bestraft!

Beschluss:
Durch die vorgenannt durch das Gericht festgestellten Gründe, sind weitere Verbreitungen von vorsätzlichen Verleumdungen durch den Videoportals des US-amerikanischen Unternehmens YouTube, Account: https://www.youtube.com/channel/UCazBmw6adX2wXyJIAYgZSrw zu unterbinden.
Dieser Beschluss ist seit dem 18. Juni 2021 - 12:00 Uhr rechtsgültig, eine Möglichkeit des Einspruches besteht nicht, dieser gerichtliche Beschluss ist vor dem Hintergrund der durch das Gericht festgestellten Fakten der vorsätzlichen Verleumdung endgültig!

Anordnung und Verfügung:
Unternehmen und Verantwortliche von Unternehmen, welche gegen diese gerichtliche Anordnung verstoßen, machen sich nach Kenntnisnahme dieser gerichtlichen Anordnung ebenfalls nach Artikel 1511 des Strafgesetzbuches der Ukraine vorsätzlich strafbar und werden gemäß Assoziierungsabkommen zwischen der Europäischen Union und ihren Mitgliedstaaten einerseits und der Ukraine andererseits, geregelt im Dokument 22014A0529(01) sowie der seit 4. November 1992 bestehenden INTERPOL Mitgliedschaft zur Fahndung ausgeschrieben, gleichzeitig werden Vermögenswerte solcher Personen und Unternehmen gesperrt, bis zu einer Summe von 135.98700,00 ukrainische

Hrywnja, dies entspricht mit Stand 18.06. 2021 - 500.000 US-Dollar (fünfhunderttausend US-Dollar).

Die Entscheidung des Untersuchungsrichters ist nicht anfechtbar, tritt in Kraft und unterliegt der bedingungslosen Vollstreckung ab dem Zeitpunkt ihrer Bekanntgabe.
Der vollständige Wortlaut der Entscheidung wird vom Verfahrensbeteiligten im Juni genehmigt und am 18. Juni 2021 um 12:00 Uhr veröffentlicht.

Untersuchungsrichter      Stempel: /UNTERSCHRIFT/ I.V. Kyryliuk

ALS KOPIE BECHEINIGT
Richter    /gez. Unterschrift/    I.V. Kyryliuk
Sekretär   /gez. Unterschrift/    I.B. Dyba

Rundwappensiegel: /Ukraine* Bezirksgericht Pecherskyj in Kyjiw* Identifikatinskode 02896745/

Bezirksgericht Pecherskyj in Kyjiw
Kyryliuk Strichkode
*5512*5442451*1*1*

| Apostille (Convention de La Haye du 5 octobre 1961) ||||
|---|---|---|---|
| 1. Land: | Ukraine |||
| Diese öffentliche Urkunde ||||
| 2. ist unterschrieben von | I.V. Kyryliuk |||
| 3. in ihrer Eigenschaft als | Untersuchungsrichter des Bezirksgerichtes Pecherskyj in Kyjiw |||
| 4. sie ist versehen mit dem Siegel / Stempel des (der) | Bezirksgericht Pecherskyj in Kyjiw |||
| BESTÄTIGT ||||
| 5. in | der Stadt Kyjiw | 6. am | 23.06.2021 |
| 7. durch | Berater des Departements des konsularischen Dienstes bei dem Außenministerium der Ukraine |||
| 8. unter Nr. | 10923 |||
| 9. Siegel / Stempel || 10. Unterschrift ||
| Rundwappensiegel: /Staatlicher Registerdienst der Ukraine* Departement für Standesamtswesen/ || /Unterschrift/ Shevko S.V. ||
| Rundwappensiegel: /Apostille* Departement des konsularischen Dienstes bei dem Außenministerium der Ukraine / || QR-Kode *Strichkode 0000000010923 ||

entrichtet für die Anbringung der Apostille: 300,00 ₴

/STATE EMBLEM OF UKRAINE/
KYIV CITY PECHERSKY DISTRICT COURT

Case No. 887/76543.46-k

## RESOLUTION
## IN THE NAME OF UKRAINE

On the 18th of June, 2021 Kyiv City Pechersky District Court Investigating Judge Kyryliuk I.V., in the presence of the clerk I.B Dybi, with the participation of the prosecutor Kovalov I.I., having examined at the court hearing in courtroom in Kyiv city the request of the prosecutor of the Second Department of Procedural Management of the Directorate of Pechersk District Procedural Management in Criminal Proceedings concerning defamation According to the substantiated application from the part of GSB Gold Standard Corporate AG, commercial register number: HRB 161409 (https://www.online-handelsregister.de/handelsregisterauszug/hh/Hamburg/HRB/161409/GSB-Gold-Standard-Banking-Corporation-AG), of the District Court of Hamburg in the Federal Republic of Germany, with registered office as corporate headquarters: Grosse Bleichen 35, 20354 Hamburg, Federal Republic of Germany and a branch office in Ukraine, address: Ally Tarasovoi St, 5, Kyiv, Ukraine, 01001, represented by the law firm: Ukrainian Legal Group, Dr. Juriy Kovalenko LLM, Velyka Zhytomyrska St., 2, Kyiv, Ukraine, 01001

### HAS ESTABLISHED:

On the 18th of June, 2021 to the proceedings of Kyiv City Pechersky District Court Investigating Judge Kyryliuk I.V., the request of the prosecutor of the Second Department of Procedural Management of the Directorate of Pechersk District Procedural Management in Criminal Proceedings came. The Court, after detailed examination and demonstrable reasoning by the lawyers representing the company, finds the following: an account is published on the website of the video portal of the US company YouTube, LLC - this account is: https://www.youtube.com/channel/UCazBmw6adX2wXyJIAYgZSrw
B: YouTube is a video portal founded in 2005 by the US company YouTube, LLC, since 2006 a subsidiary of Google LLC, with its registered office in San Bruno, California.

The court further states:
On the account: https://www.youtube.com/channel/UCazBmw6adX2wXyJIAYgZSrw a third party, who calls himself "Chris Saunders", spreads deliberate defamations about products and employees of the company GSB Gold Standard Banking Corporation AG under the weblink:
https://www.youtube.com/channel/UCazBmw6adX2wXyJIAYgZSrw/videos, the company GSB Gold Standard Banking Corporation AG is entitled to an injunction against these deliberate defamations!

The court also states:
The assurance of the CEO of GSB Gold Standard Banking Corporation AG, Mr. Josip Heit, that the statements on the account:
https://www.youtube.com/channel/UCazBmw6adX2wXyJIAYgZSrw by a person who

calls himself "Chris Saunders" as mentioned above are untrue, could be verified by the court.

On the account https://www.youtube.com/channel/UCazBmw6adX2wXyJlAYgZSrw, according to verification by the court, pictures are also falsified with the help of picture editing programs, this constitutes to a large extent a legal dislocation to the detriment of GSB Gold Standard Banking Corporation AG with branch in Ukraine for the business activities of GSB Gold Standard Banking Corporation AG.

Order of the Court:
In view of the above, the court today, 18 June 2021, orders:
- The company: Video portal of the US company YouTube, 901 Cherry Avenue San Bruno, California, United States of America (USA) - shall block the account https://www.youtube.com/channel/UCazBmw6adX2wXyJlAYgZSrw - immediately and without delay!

Legal consequences:
Furthermore, the court orders, should no immediate blocking of the account https://www.youtube.com/channel/UCazBmw6adX2wXyJlAYgZSrw by responsible persons of the company "Video portal of the US-American company YouTube, LLC " take place, all companies and responsible persons, who enable the video portal of the US-American company YouTube to up-stream its videos on the website youtube.com, have to block the website https://www.youtube.com until the legal reason, which was determined in the reasoning of this judgement, ceases to apply!

Review of the court's order:
The court reserves the right to review the implementation. If responsible persons of "youtube" refuse to block the account https://www.youtube.com/channel/UCazBmw6adX2wXyJlAYgZSrw, all responsible persons of companies which enable youtube.com to up-stream its pages are liable to prosecution according to Article 185-3 of the Criminal Code of Ukraine!
In case of refusal to block the account https://www.youtube.com/channel/UCazBmw6adX2wXyJlAYgZSrw by "youtube", the court already orders a blocking of the pages of "youtube.com" by all companies and their responsible persons who enable "youtube.com" to up-stream!

This judgement concerns laws:
1: For immediate legal protection, these proceedings were conducted in accordance with Article 247 of the Code of Economic Procedure of Ukraine, concerning cases dealt with in summary proceedings

2: According to Article 1511 of the Criminal Code of Ukraine, defamation is a deliberate dissemination of intentionally false information that degrades the honour and dignity of another person

3: Article 29 of the Code of Economic Procedure, concerning the place of jurisdiction in actions at the choice of the plaintiff and the plaintiff's place of business.

Substantiation:
The account https://www.youtube.com/channel/UCazBmw6adX2wXyJlAYgZSrw deliberately defames, with the addition of fake symbols and brand names, the

company: GSB Gold Standard Corporate AG as well as responsible persons of the company and makes unproven allegations without legally usable background, this is punishable under Article 1511 of the Criminal Code of Ukraine and is punishable by at least one year in prison!

## HAS DECIDED

The Court accepted the request of the prosecutor of the Second Department of Procedural Management of the Directorate of Pechersk District Procedural Management in Criminal Proceedings.

Hereby the court holds that:
Due to the aforementioned reasons established by the court, further dissemination of intentional defamation through the video portal of the US-American company YouTube, account:
https://www.youtube.com/channel/UCazBmw6adX2wXyJIAYgZSrw, is to be stopped.

This order is legally valid since 18 June 2021 - 12:00, there is no possibility of appeal, this court order is final against the background of the facts of intentional defamation established by the court!

Order and injunction:
Companies and persons in charge of companies who violate this court order, after taking cognizance of this court order, also commit wilful criminal offences under Article 1511 of the Criminal Code of Ukraine and are liable to prosecution under the Association Agreement between the European Union and its Member States, on the one hand, and Ukraine, on the other hand, governed by document 22014A0529(01), as well as the INTERPOL membership in force since 4. November 1992.
At the same time, assets of such persons and companies are frozen up to the amount of 135,98700.00 Ukrainian Hryvnia, which corresponds to 500,000 US dollars (five hundred thousand US dollars) as of 18 June 2021.

Investigating judge's resolution cannot be appealed, it comes into legal force and is subject to unconditional execution since the moment of its pronouncing.
The full text of the resolution will be approved and pronounced by the participant of the court proceeding on 18 June 2021 at 12.00.

| **Investigating judge** | **SIGNATURE** | **I.V. Kyryliuk** |
|---|---|---|
| In accordance with the original Judge /SIGNATURE/ I.V. Kyryliuk Clerk /SIGNATURE/ I.B Dybi | Kyiv City Pechersky District Court Kyryliuk /BAR CODE/ *5512*5442451*1*1* | |

/ROUND SEAL/: (Ukraine. Kyiv City Pechersky District Court. Identification code 02896745)

## APOSTILLE
(Convention de La Haye du 5 octobre 1961
Hague Convention of 5 October, 1961)

1. Ukraine

This public document

2. has been signed by **I.V. Kyryliuk**

3. acting in the capacity of **Kyiv City Pechersky District Court Investigating Judge**

4. bears the seal/stamp of **Kyiv City Pechersky District Court**
CERTIFIED

5. in **Kyiv city**  | 6. the **23.06.2021**

7. by **Counselor of the Ministry of Foreign Affairs Consular Service Department of Ukraine**

8. No. **10923**

| 9. Seal/stamp | 10. Signature |
|---|---|
| /ROUND SEAL/: *(Ukraine. Ministry of Foreign Affairs. Consular Service Department)* | /SIGNATURE/ Shevko S.V. |

/BAR CODE/
0 000000 010923
for the put apostille it has been paid: UAH 300.00

*Двадцять четвертого червня дві тисячі двадцять першого року*

Я, **Коростащ О.В.**, приватний нотаріус Київського міського нотаріального округу засвідчую вірність цього перекладу дописок, закреслених слів, незастережних виправлень або інших особливостей не виявлено.

Письмовий переклад тексту документа з української мови на німецьку та англійську мову зроблено перекладачем Коваль І.М., справжність якого засвідчую.

Особу перекладача встановлено, його дієздатність та кваліфікацію перевірено.

Зареєстровано в реєстрі за № **5678**

Стягнуто плату згідно із ст. 31 Закону України "Про нотаріат"

*Приватний нотаріус*                           *Коростащ О.В.*

Всього прошито, пронумеровано і скріплено печаткою 12 (дванадцять) аркушів.
Приватний нотаріус
*Коростащ О.В.*