**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| GSB GOLD STANDARD CORPORATION AG, JOSIP HEIT, ANTONIO EUCLIDES MENESIS DE GOUVEIA, and MICHAEL DALCOE, <br><br> Plaintiffs, <br><br> v. <br><br> CHRISTOPHER SAUNDERS, <br><br> Defendant. | Case No. 1:21-cv-1398 (RDA/IDD) |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

On July 29, 2022, Defendant Christopher Saunders executed a declaration in connection with the above-captioned matter (the "Saunders' Declaration"). Pursuant to the Saunders' Declaration (submitted as Exhibit A hereto), Plaintiffs GSB Gold Standard Corporation AG, Josip Heit, Antonio Euclides Menesis De Gouveia, and Michael Dalcoe, by counsel and with the signature and agreement of counsel for Defendant Christopher Saunders (collectively, the "Parties"), hereby stipulate to the dismissal without prejudice of all claims in this matter under Federal Rule of Civil Procedure 41(a)(1) (the "Joint Stipulation"). The Parties further agree that the Court shall retain jurisdiction to enforce all prior orders in this case and any contract or agreement entered into by the Parties arising out of or relating in any way to this case.

Dated:  July 29, 2022

Respectfully submitted,

/s/ Eugene J. Rossi
Eugene J. Rossi, V.S.B. No.: 93136
Emily Green Hull, V.S.B. No.: 96835
CARLTON FIELDS, P.A.

1025 Thomas Jefferson Street, NW
Suite 400 West
Washington, DC 20007
Telephone: (202) 965-8100
Facsimile: (202) 965-8104
Email: grossi@carltonfields.com
Email: egreen@carltonfields.com

/s/ John C. Maloney, Jr.
John C. Maloney, Jr.
*Admitted Pro Hac Vice*
ZUBLER LAWLER LLP
One Penn Plaza
Suite 4430
New York, NY 10119
Telephone: (212) 899-9830
Facsimile: (213) 596-5621
Email: jmaloney@zuberlawler.com

*Attorneys for Plaintiffs GSB Gold Standard Corporation AG, Josip Heit, Antonio Euclides Menesis De Gouveia, and Michael Dalcoe*


SEEN AND AGREED

/s/ Laurin H. Mills (with consent)
Laurin H. Mills, V.S.B. No.: 79848
Mansitan M. Sow, V.S.B. No. 94590
Brian C. Clarry, V.S.B. No. 92160
Samek | Werther | Mills LLC
2000 Duke Street, Suite 300
Alexandria, VA 22314
Telephone: (703) 547-4693
Facsimile: (703) 547-4694
Email: Laurin@samek-law.com
Email: Mansitan@samek-law.com
Email: Brian@samek-law@com

*Attorneys for Defendant Christopher Saunders*

130384594.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of July, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which sends electronic notification of such filing to all CM/ECF participants.

/s/ Emily Green Hull

130384594.1